# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5307758 | O'Neal | 1698 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 5/10/22 @ 1330 | CFR 261.3 C |

Place of Offense: Gunison MT

Offense Description: Factual Basis for Charge — HAZMAT ☐

INTERFERING WITH FOREST SERVICE Employee

### DEFENDANT INFORMATION  Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Villasenor-Villegas | Jose | R. |

Street Address: C.I.

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Phoenix | AZ | 85090 | /94 |

Drivers License No.  CDL ☐  D.L. State: AZ  Social Security No.

☒ Adult  ☐ Juvenile  Sex ☒ Male  ☐ Female  Hair: B  Eyes: Bn  Height: 5'5  Weight: 148

### VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

IN CUSTODY

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

Previous edition is obsolete        *F5307758*        FS-5300-4 (1/2020)

22-04150-MJ-01-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 16, 2022, at approximately 1330 hours while exercising my duties as a law enforcement officer in the Federal District of Arizona on the Coconino National Forest I was notified by Fire Dispatch that a male was in the area of the Wilson Fire and firefighters on scene were requesting law enforcement to have him removed.

Firefighter A. BAKER was on scene with her team of 6 firefighters and had just been flown into a remote, roadless area of the Coconino National Forest when a male came out of the woods waving his arms and franticly running into the landing zone of the helicopter. According to BAKER, the male stated that he was being chased and shot at, and that he needed help. BAKER and the six firefighters diverted from fighting the fire and focused their attention on the male, later identified by AZ ID card as Jose VILLASENOR for over 15 minutes while trying to calm him down and get an idea if he or they were in danger. Due to the behavior of VILLASENOR, BAKER contacted Fire Dispatch and asked for a law enforcement response to be flown into the fire area to control and remove VILLASENOR so that she and her team could return to fighting the fire.

While working with Coconino County to muster a response, I was contacted by a fire employee who stated that after getting VILLASENOR calmed down, the pilot, a Hela-Tac and VILLASENOR were flying to the Sedona Airport. According to BAKER, the flight to remove VILLASENOR removed the Hela-Tac employee from their responsibilities on the fire for over 45 minutes to travel with VILLASENOR as he could not be flown with just the pilot.

I arrived at the Sedona Airport and contacted VILLASENOR just as he was medically cleared buy EMTs from Sedona Fire Department. VILLASENOR was arrested for interfering with the fire crew fighting the Wilson Fire.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/16/22
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2022.05.16 21:16:25 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge